**SHENG BING HE; Hui Xin Chen, Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–70036.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 17, 2008.

Filed July 30, 2008.

---

See also 183 Fed.Appx. 629.

---

Jisheng Li, Esquire, Law Office of Jisheng Li, Honolulu, HI, for Petitioners.

HI–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Honolulu, HI, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Christopher P. McGreal, Esquire, OIL, Emily Anne Radford, Esquire, U.S. Department of Justice, Civil

Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: GOODWIN, RYMER, and IKUTA, Circuit Judges.

### ORDER *

This court has been informed that Petitioner He has withdrawn his application for asylum. He's petition for review is moot and is dismissed. As Chen is a derivative beneficiary of He's asylum application, her petition for review is also dismissed, without prejudice to her filing a new application on her own behalf.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

